## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DERJUAN THARRINGTON ,** § | CASE NO. 3:2024-CV-00686-BAJ-EWD |
| § | |
| **Plaintiff,** § | JUDGE: deGRAVELLES |
| v. § | |
| § | MAGISTRATE JUDGE: DOOMES |
| **THE BOARD OF SUPERVISORS FOR** § | |
| **LOUISIANA STATE UNIVERSITY AND** § | |
| **AGRICULTURAL & MECHANICAL** § | |
| **COLLEGE ET AL** § | |
| § | |
| **Defendants.** § | |

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(ii), by and between the undersigned attorneys of record, that the above-captioned proceeding be, and hereby is, dismissed in its entirety, with prejudice, against the Defendants without fees or costs to any party against any other.

Respectfully Submitted, this 5th day of May, 2025.

By:/s/ Garret S. DeReus
    **Garret S. DeReus**

**BIZER & DEREUS, LLC**
Andrew D. Bizer, Bar No. 30396
Garret S. DeReus, Bar No. 35105
Eva M. Kalikoff, Bar No. 39932
3319 St. Claude Avenue
New Orleans, Louisiana 70112
Telephone:    (504) 619-9999
Facsimile:    (504) 948-9996
Email:    andrew@bizerlaw.com
        gdereus@bizerlaw.com
        eva@bizerlaw.com
*Counsel for Plaintiff*

By:/s/ Andrew Blanchfield_____
    **ANDREW BLANCHFIELD**

**LIZ MURRILL, ATTORNEY GENERAL**
ANDREW BLANCHFIELD, T.A. (LA #16812)
ABLANCHFIELD@KEOGHCOX.COM
C. REYNOLDS LEBLANC (LA #33937)
RLEBLANC@KEOGHCOX.COM
CATHERINE S. GIERING (LA #26495)
CGIERING@CEOGHCOX.COM
CHELSEA A. PAYNE (LA #35952)
CPAYNE@KEOGHCOX.COM
701 MAIN STREET
POST OFFICE BOX 1151
BATON ROUGE, LOUISIANA 70821
TELEPHONE: (225) 383-3796
FACSIMILE: (225) 343-9612
*Counsel for Defendants*