**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DERJUAN THARRINGTON ,** | § | **CIVIL ACTION NO. 3:2024-CV-00686-BAJ-EWD** |
| | § § | |
| Plaintiff, | § | **JUDGE: deGRAVELLES** |
| | § | |
| v. | § § | **MAGISTRATE JUDGE: DOOMES** |
| **THE BOARD OF SUPERVISORS FOR LOUISIANA STATE UNIVERSITY AND AGRICULTURAL & MECHANICAL COLLEGE ET AL** | § § § § § | |
| Defendants. | § | |

## ORDER

Having been advised that the parties have resolved Plaintiff's claims against Defendants,

IT IS HEREBY ORDERED that all claims asserted by Plaintiff are hereby **DISMISSED,** with prejudice, against the Defendants without fees or costs to any party against any other.

BATON ROUGE, LOUISIANA, this \_\_\_\_\_ day of _____, 2025.

_____
JUDGE