UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DERJUAN THARRINGTON                      CIVIL ACTION

VERSUS

THE BOARD OF SUPERVISORS FOR       NO. 24-00686-BAJ-EWD
LOUISIANA STATE UNIVERSITY
AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL.

### JUDGMENT

Considering the **Joint Motion To Dismiss (Doc. 18)**, which the Court construes as a stipulation of dismissal that dismisses the above-captioned action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

Baton Rouge, Louisiana, this 14th day of May, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA